No. 1821. El Pueblo, Apelado, *v.* Jiménez, Apelante.— Corte de Distrito de San Juan, Primer Distrito. Portar

armas prohibidas. Resuelto en diciembre 23, 1921. No existe pliego de excepciones ni relación de hechos y de los autos no aparece error fundamental alguno. *Se confirma la sentencia apelada.*